IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANNY MAY STEVENS,**                                              05-CV-1790-ST

                                  **ORDER**

        **Plaintiff,**

v.

**MAX WILLIAMS, STAN CZERIAK,
BETTY BLAYLOCK, JOAN PALMATEER,
JIM MARAS, JEAN HILL, BILL
DOWMAN, G. STUART, and M.D.
MILHORN**

        **Defendants.**

**ANNY MAY STEVENS**
#12260204
Snake River Correctional Institution
777 Stanton Boulevard
Ontario, OR 97914-8335

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**LEONARD W. WILLIAMSON**
Assistant Attorney General
1162 Court Street, N.E.
Salem, OR 97301
(503) 947-4700

        Attorneys for Defendants

1  -  ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#38) on February 15, 2008, in which she recommended this Court grant Defendants' Motion for Summary Judgment (#33). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#38). Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (#33).

IT IS SO ORDERED.

DATED this 27th day of March, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2  -  ORDER